*Abraham Rickman* and *Louis Lowenstein* for appellant.

*Charles S. Whitman, District Attorney (Alexander A. Mayper* and *Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Absent: CHASE, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
ARTHUR LOGAN, Appellant.

*People* v. *Logan*, 128 App. Div. 913, reversed.
(Argued March 2, 1910; decided March 22, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 28, 1908, which affirmed a judgment of the Niagara County Court, rendered upon a verdict convicting the defendant of the crime of grand larceny in the second degree.

*D. E. Brong* for appellant.

*Fred M. Ackerson* for respondent.

Judgment of conviction reversed and new trial ordered, on the ground of the error in requiring, over objection and exception, the defendant to testify that he had commenced a civil action for false arrest; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT and HISCOCK, JJ. Dissenting: GRAY and EDWARD T. BARTLETT, JJ. Absent: CHASE, J.